
AME/vd USAO2012R00312

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2013 JAN 17 P 4:59

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. ELH-13-026 |
| v. | */ |
| | * (Naturalization Fraud, 18 U.S.C. |
| RACHEL OWUSU, | * § 1425(a); False Statement in |
| a/k/a "Catherine Owusu," | * Naturalization Proceeding, 18 U.S.C. |
| a/k/a "Rachel Nyamekye," | * § 1015(a); False Statement in Application |
| | * for Passport, 18 U.S.C. § 1542) |
| Defendant. | * |
| | **** |

# INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

### Background

At all times material to this Indictment:

1. The Defendant, **RACHEL OWUSU, a/k/a "Catherine Owusu," a/k/a "Rachel Nyamekye,"** (hereinafter "the Defendant") was born in Kumasi, Ghana in 1985.

2. On or about November 11, 2000, using the name **"Rachel Nyamekye"** and traveling on her Ghanaian passport for a youth conference in New Jersey, the Defendant entered the United States at John F. Kennedy Airport, New York.

3. In or about August 2001, using the name **"Rachel Nyamekye,"** the Defendant traveled to the United States on her Ghanaian passport.

4. In or about 2001, Y.A., another female citizen of Ghana, won a lottery in the 2001 Diversity Immigrant Visa Program, which gave her and her immediate family members the opportunity to receive visas to travel to and remain in the United States. On her diversity

application, Y.A. claimed that **"Catherine Owusu,"** was her daughter who was born in Accra, Ghana, on November 7, 1984. Y.A. identified N.B. Owusu, as her spouse and the biological father of **"Catherine Owusu."** As a result, a DV3 visa was issued to **"Catherine Owusu"**. Using the name **"Catherine Owusu,"** the Defendant reentered the United States in 2002 under this visa. Y.A. and the Defendant presented a false Ghanaian birth certificate in support of the claim that **"Catherine Owusu"** was the daughter of Y.A.

5. In 2002, the Defendant applied for a permanent resident card in the name of **"Catherine Owusu."**

6. On or about September 4, 2007, the Defendant submitted a Form N-400, Application for Naturalization in the name of **"Catherine Owusu."**

7. On or about May 21, 2008, the Defendant, representing herself as **"Catherine Owusu,"** was interviewed and with certain relevant corrections made thereto, the Defendant re-certified the accuracy of her previously submitted Form N-400, immediately after which she was naturalization as a United States citizen in the name of **"Catherine Owusu."**

8. On or about August 22, 2008, in the Circuit Court for Anne Arundel County, Maryland, the Defendant petitioned in the name of **"Catherine Owusu"** to change her name to **"RACHEL OWUSU"**. The Defendant claimed in the petition that she had "never liked the name 'Catherine'". The Defendant's petition to change her name was granted on or about September 25, 2008.

9. On or about March 11, 2009, the Defendant applied for and obtained a United States passport in the name of **"RACHEL OWUSU"**.

### The Charge

10. On or about May 21, 2008, in the District of Maryland, the defendant,

**RACHEL OWUSU,**
**a/k/a "Catherine Owusu,"**
**a/k/a "Rachel Nyamekye,"**

knowingly procured, contrary to law, the naturalization of any person; to wit, the Defendant procured and obtained for herself, a person not entitled to naturalization, naturalization as a citizen of the United States.

18 U.S.C. § 1425(a)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 9 of Count One are realleged and incorporated herein by reference.

2. On or about May 21, 2008, in the District of Maryland, the defendant,

**RACHEL OWUSU,**
**a/k/a "Catherine Owusu,"**
**a/k/a "Rachel Nyamekye,"**

willfully and knowingly made a false statement under oath, in a case, proceeding, and matter relating to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens; to wit, **RACHEL OWUSU** made the following material false statements to an immigration officer of the Department of Homeland Security, United States Citizenship and Immigration Services, during her naturalization interview:

- Q. Have you ever used any other names?
- A. *No*

- Q. What is your date of birth?
- A. *November 7, 1984*

- Q. Are either of your parents U.S. citizens?
- A. *Yes*

- Q. Have you ever given false or misleading information to any United States government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?
- A. *No*

- Q. Have you ever lied to any United States Government official to gain entry or admission into the United States?
- A. *No*

18 U.S.C. § 1015(a)

-4-

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 9 of Count One are realleged and incorporated herein by reference.

2. On or about March 11, 2009, in the District of Maryland, the defendant,

**RACHEL OWUSU,**
a/k/a "Catherine Owusu,"
a/k/a "Rachel Nyamekye,"

willfully and knowingly made a false statement in an application for passport with intent to induce and secure for her own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; to wit, the Defendant presented a signed and completed Department of State Form DS-11 Application for a United States Passport to a United States Postal Service Employee at the United States Post Office in Glen Burnie, Maryland which contained false information regarding the name of her mother and father, a false date of birth, and omitted a material fact, specifically that she had previously used a different name, **Rachel Nyamekye**.

18 U.S.C. § 1542 (First Paragraph)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

1/17/2013
Date

-5-